## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

**CHAMBERS OF**
**MADELINE COX ARLEO**
UNITED STATES MAGISTRATE JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST.
ROOM 2060
NEWARK, NJ 07101
973-297-4903

October 17, 2012

Mr. Petr Zednick
Ms. Teresa Jaros
414 Bijlmerplein
Amsterdam
1102
The Netherlands

### LETTER ORDER

Re:   Zavala, et al. v. Wal-Mart Corporation, et al.
      Civil Action No. 03-5309 (GEB)

Dear Mr. Zednick and Ms. Jaros:

    I am in receipt of your letter received on October 3, 2012 inquiring about visas. Please be advised that your case is closed and the Court can take no such action on your behalf. Please be advised that ex parte communications with the Court are prohibited. By copy of this letter, I am providing counsel with a copy of your letter to the Court.

**SO ORDERED.**

_____
**MADELINE COX ARLEO**
**United States Magistrate Judge**

cc:   Clerk
      James L. Linsey, Esq.
      Gilberto M. Garcia, Esq.
      Thomas H. Golden, Esq.
      File



From: Petr Zednik,Teresa Jaros

To: Judge Madeline Cox Arleo

Case number:

2:2003cv05309

Hi Judge Madeline Cox Arleo is it possible get certification for U visa at your office?

If yes what steps we do have to do for recive this certiffications?

We want it for USCIS office for reason apply for U visa.

For case you can make certification because of lawsuit with Walamart we sending you applications for both of us.

For any case our contact informations:

Pitris123@seznam.cz

011-684-674-468 or 011-0684-674-468

Address:414 Bijlmerplein,Amsterdam,1102,The Netherlands

Thank you very much,have a good day

Petr Zednik and Teresa Jaros